## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| LOUIS OKON | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:24-cv-00224 |
| | § | |
| HIDE-A-WAY LAKE CLUB, INC., | § | |
| *Defendant*. | § | |

### DEFENDANT HIDE-A-WAY LAKE CLUB, INC.'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

In compliance with Federal Rule of Civil Procedure 7.1 and Regulation JCB-CV-7.1 of the Court's Order Regulating Practice (ECF #4), Defendant, Hide-A-Way Lake Club, Inc. ("**The Club**"), hereby files this Disclosure Statement and Certificate of Interested Persons and discloses the following: (a) the Club has no parent company; and (b) no publicly held corporation has an ownership interest (such as stock or partnership shares) of ten percent (10%) or more in the Club.

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, LLP**

By: */s/ James L. Sowder*
   James L. Sowder
   State Bar No. 18863900
   jsowder@thompsoncoe.com
   R. Stephen Earnest
   State Bar No. 24133487
   searnest@thompsoncoe.com

Plaza of the Americas
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201-2832
Telephone:   (214) 871-8200
Facsimile:   (214) 871-8209

-and-

**CARROLL MALONEY HENRY & NELSON, PPLC**

By: */s/ Collin M. Maloney*
Otis W. Caroll
State Bar No. 03895700
otis@cmhnlaw.com
Collin M. Maloney
State Bar No. 00794219
collin@cmhnlaw.com
Mandy C. Nelson
State Bar No. 24055270
mandy@cmhnlaw.com

1327 Dominion Plaza, Suite 100
Tyler, Texas 75703
Telephone:    (903) 561-1600

**Attorneys for Defendant**
**Hide-A-Way Lake Club, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that, on July 16, 2024, a true and correct copy of the foregoing document was served upon all known parties in accordance with the Federal Rules of Civil Procedure.

*/s/ James L. Sowder*
James L. Sowder