UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00224

**Louis Eugene Okon,**
*Plaintiff,*

v.

**Hide-A-Way Lake Club, Inc. et al.,**
*Defendant.*

# ORDER DESIGNATING MAGISTRATE JUDGE

The court designates a magistrate judge to the full extent authorized by 28 U.S.C. § 636(b)(1) to handle all pretrial matters in this case, including dispositive motions.

*So ordered by the court on July 31, 2024.*

J. CAMPBELL BARKER
United States District Judge